**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60102-CIV-SMITH**

MIGUEL AREVALO,

      Plaintiff,

v.

DOE U.S. DRUG ENFORCEMENT
ADMINISTRATION AGENTS #1 through
#5, each sued in their individual capacities;
U.S. DEPARTMENT OF JUSTICE;
UNITED STATES ATTORNEYS
OFFICE FOR THE SOUTHERN
DISTRICT OF FLORIDA;
U.S. DRUG ENFORCEMENT
ADMINISTRATION;
EXECUTIVE OFFICE FOR THE
UNITED STATES ATTORNEY;

      Defendants.

_____/

**DEFENDANT DRUG ENFORCEMENT ADMINISTRATION'S ANSWER AND**
**DEFENSES TO COUNT IV OF THE FIRST AMENDED COMPLAINT**

      Defendant, the United States Department of Justice, Drug Enforcement Administration

("DEA"), by and through undersigned counsel, respectfully submit this Answer to Count IV of

Plaintiff's First Amended Complaint ("FAC"), filed under the Freedom of Information Act

("FOIA"), 5 U.S.C. § 552, and on information and belief state as follows:

## ANSWER

In response to the allegations in Count IV of Plaintiff's FAC, Defendant admits, denies, or otherwise avers as follows[1]:

## PARTIES

1.      Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph, and therefore, to the extent a response may be deemed to be required, such allegations are denied.

2.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have also been dismissed and therefore this paragraph does not require a response.

3.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #1 has also been dismissed and therefore this paragraph does not require a response.

4.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #2 has also been dismissed and therefore this paragraph does not require a response.

---

[1] Given that Counts I, II, and both Counts III were dismissed [DE 33], and that Count V is not brought against DEA, DEA answers the Amended Complaint only as to Count IV and to the allegations pertinent to Count IV. Additionally, the bulk of the allegations in the "Factual Allegations" section are impertinent and irrelevant to Count IV and would circumvent the FOIA if answered. Consequently, the allegations in those paragraphs do not set forth a claim for relief or aver facts in support of any claim to which an answer is required (namely, Count IV only). *See Michigan Immigrant Rights Ctr. v. United States*, Case No. 16-14192, 2017 WL 2471277 (E.D. Mich. June 8, 2017) (ruling that government need not answer allegations immaterial to FOIA claim that would circumvent the FOIA).

5.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #3 has also been dismissed and therefore this paragraph does not require a response.

6.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agents #4-5 has also been dismissed and therefore this paragraph does not require a response.

7.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agents #1-#5 have also been dismissed and therefore this paragraph does not require a response.

8.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #1 has also been dismissed and therefore this paragraph does not require a response.

9.      This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #2 has also been dismissed and therefore this paragraph does not require a response.

10.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #3 has also been dismissed and therefore this paragraph does not require a response.

11.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #4 has also been dismissed and therefore this paragraph does not require a response.

12.    This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, Doe DEA Agent #5 has also been dismissed and therefore this paragraph does not require a response.

13.    This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have also been dismissed and therefore this paragraph does not require a response.

14.    This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have also been dismissed and therefore this paragraph does not require a response.

15.    DEA denies that it is headquartered in Washington, D.C. DEA admits that it has field offices throughout the country including in Miami-Dade County, Florida. The remainder of this paragraph states a legal conclusion to which no answer is required; however, to the extent a response may be deemed to be required, such allegations are denied.

16.    This paragraph does not relate to the DEA Defendant.

17.    This paragraph does not relate to the DEA Defendant.

18.    This paragraph does not relate to the DEA Defendant.

**JURISDICTION AND VENUE**

19.     This paragraph constitutes Plaintiff's characterization of this action and states legal conclusions to which no response is required; however, to the extent a response may be deemed to be required, such allegations are denied.

20.    This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response. The remainder of

this paragraph constitutes Plaintiff's characterization of this action and states legal conclusions to which no response is required; however, to the extent a response may be deemed to be required, such allegations are denied.

21.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have also been dismissed and therefore this paragraph does not require a response.

22.     This paragraph constitutes Plaintiff's characterization of this action and states legal conclusions to which no response is required; the statutes cited therein speak for themselves.

23.     This paragraph constitutes Plaintiff's characterization of this action and states legal conclusions to which no response is required; the statutes cited therein speak for themselves.

24.     This paragraph constitutes Plaintiff's characterization of this action and states legal conclusions to which no response is required; the statutes cited therein speak for themselves.

**FACTUAL ALLEGATIONS**

25.     Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph, and therefore, to the extent a response may be deemed to be required, such allegations are denied.

26.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

27.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

28.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

29.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

30.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

31.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

32.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

33.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

34.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

35.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

*The Unreasonable Investigations Begin*

36.     The heading prior to this paragraph and this paragraph itself relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response.

Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

37.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

38.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

39.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

40.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

41.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

42.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

43.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

44.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

45.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

46.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

47.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

48.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

49.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

50.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

51.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

52.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

53.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

54.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

55.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

56.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

57.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

58.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

59.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

60.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

61.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

62.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

63.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

64.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

65.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

66.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

67.     This paragraph relates to Count I, II, and both Counts III, which have been dismissed and therefore do not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

68.     Defendant admits that Plaintiff submitted a FOIA request that is dated in May 2017, but aver that the documents speak for themselves and any characterization inconsistent with their content is denied. Defendant is without sufficient information or belief to admit or deny the remainder of the allegations in this paragraph, and therefore, to the extent a response may be deemed to be required, such allegations are denied.

69.     Defendant admits that it denied Plaintiff's FOIA request dated May 4, 2017, and it identified 5 U.S.C. §§ 552(b)(7)(A), (C)-(F) and 5 U.S.C. § 552a(j)(2) as applicable sections of the Freedom of Information Act and Privacy Act. DEA avers that the document speaks for itself and any characterization inconsistent with its content is denied.

70.     Defendant admits that Government Information Specialist Djuana C. Lewis was listed on the June 9, 2017 and December 7, 2017 FOIA letters from DEA concerning Plaintiff's FOIA request and that no documents were provided to Plaintiff in response to his FOIA request. DEA avers that the documents speak for themselves and any characterization inconsistent with their content is denied. The remainder of this paragraph is denied.

11

71.     Admitted, but aver that the document speaks for itself and any characterization inconsistent with its content is denied.

72.     This paragraph does not relate to the DEA Defendant.

73.     This paragraph does not relate to the DEA Defendant.


**COUNT I - Unconstitutional Investigation—Fourth Amendment to the U.S. Constitution Against DOE U.S. DRUG ENFORCEMENT ADMINISTRATION AGENTS #1 THROUGH #5, DEA, USAO, AND DOJ**

74.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

75.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

76.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

77.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

78.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

79.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

80.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

81.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

82.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

83.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

84.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

85.     This paragraph relates to Count I, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

**COUNT II - Unconstitutional Investigation—Fourth Amendment to the U.S. Constitution Against DOE DRUG ENFORCEMENT ADMINISTRATION #1 THROUGH #5, DEA, USAO, AND DOJ**

86.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

87.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

88.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

89.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

90.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

91.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

92.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

93.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

94.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

95.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

96.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

97.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

98.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

99.     This paragraph relates to Count II, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

**COUNT III - Violation of Procedural Due Process—Fifth Amendment to the U.S. Constitution Against DOE U.S. DRUG ENFORCEMENT ADMINISTRATION AGENTS #1 THROUGH #5, DEA, USAO, AND DOJ, For Declaratory and Injunctive Relief**

100.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

101.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

102.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

103.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

104.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

105.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

106.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

107.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

108.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

109.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

110.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

111.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

112.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

113.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

114.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

115.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

116.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

**COUNT III - Violation of Substantive Due Process—Fifth Amendment to the U.S. Constitution Against DOE U.S. DRUG ENFORCEMENT ADMINISTRATION AGENTS #1 through #5, DEA, USAO, and DOJ, For Declaratory and Injunctive Relief**

117.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

118.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

119.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

120.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

121.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

122.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

123.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

124.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

125.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

126.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

127.    This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

128.     This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

129.     This paragraph relates to Count III, which has been dismissed and therefore does not require a response. Additionally, the Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

**COUNT IV - Violation of the Freedom of Information Act, 5 U.S.C § 552 Against DEA For Declaratory and Injunctive Relief**

130.     To the extent that this paragraph relates to Count I, II, and both Counts III, these counts have been dismissed and therefore do not require a response. Additionally, to the extent that this paragraph incorporates allegations concerning the Doe DEA Agents #1-#5, these defendants have also been dismissed and therefore do not require a response. Defendant adopts and incorporates its answers, denials, assertions, and averments provided in response to paragraphs 1 through 73 of Plaintiff's FAC.

131.     Denied.

132.     Denied.

133.     Denied.

134.     This paragraph comprises a conclusion of law to which no response is required; the statutes cited therein speak for themselves.

135.     Denied.

136.     Denied.

The unnumbered paragraph following paragraph 136 beginning with the word "WHEREFORE," contains Plaintiff's legal conclusion and prayer for relief, to which no

response is required. To the extent that a response is deemed to be required, Defendant

denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

### COUNT V- Violation of the Freedom of Information Act, 5 U.S.C. § 552 Against EOUSA, For Declaratory and Injunctive Relief

137.    This paragraph does not relate to the DEA Defendant.

138.    This paragraph does not relate to the DEA Defendant.

139.    This paragraph does not relate to the DEA Defendant.

140.    This paragraph does not relate to the DEA Defendant.

141.    This paragraph does not relate to the DEA Defendant.

142.    This paragraph does not relate to the DEA Defendant.

143.    This paragraph does not relate to the DEA Defendant.

### DEMAND FOR JURY TRIAL

144.    The unnumbered paragraph under the heading "Demand for Jury Trial," is a

request for a jury trial to which no response is required. To the extent a response is required,

denied that Plaintiff is entitled to a jury trial.

### PRAYER FOR RELIEF

145.    The unnumbered paragraph under the heading "Prayer for Relief" contains

Plaintiff's prayer for relief. In so far as a response is required, Defendant denies each and every

such allegation and cause of action and denies that Plaintiff is entitled to any relief whatsoever.

    a.   The Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph
       does not require a response.

    b.   The Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph
       does not require a response.

c.  The Doe DEA Agents #1-#5 have been dismissed and therefore this paragraph does not require a response.

d.  Defendant denies that Plaintiff is entitled to declaratory relief.

e.  Defendant denies that Plaintiff is entitled to declaratory relief. Additionally, to the extent that this paragraph concerns Count I, II, or both Counts III, those counts have been dismissed and therefore do not require a response.

f.  To the extent that this paragraph relates to Count I, II, and both Counts III, these counts have been dismissed and therefore do not require a response. Additionally, to the extent that this paragraph relates to the Doe DEA Agents #1-#5, these defendants have also been dismissed and therefore this paragraph does not require a response. Defendant denies that Plaintiff is entitled to injunctive relief.

g.  To the extent that this paragraph relates to Count I, II, and both Counts III, these counts have been dismissed and therefore do not require a response. Additionally, to the extent that this paragraph relates to the Doe DEA Agents #1-#5, these defendants have also been dismissed and therefore this paragraph does not require a response. Defendant denies that Plaintiff is entitled to injunctive relief.

h.  Defendant denies that Plaintiff is entitled to injunctive relief.

i.  Defendant denies that Plaintiff is entitled to costs and attorneys' fees.

j.  Defendant denies that Plaintiff is entitled to any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

### **First Defense**

Defendant objects to the FAC to the extent that answering it imposes obligations upon Defendant that exceeds those imposed by the Freedom of Information Act, 5 U.S.C. § 552.

## Second Defense

The FAC fails to state a claim for which relief can be granted.

## Third Defense

The FOIA request that is the subject of this lawsuit may implicate information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not permitted or required.  Plaintiff is not entitled to compel the production of responsive records protected from disclosure by one or more of the exemptions or exclusions to the Freedom of Information Act.  Some or all of the requested records are exempt from release in full or in part under the Freedom of Information Act exemptions, including, but not limited to, 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(A), (b)(7)(C), (b)(7)(D), (b)(7)(E) and (b)(7)(F).

## Fourth Defense

DEA has not waived any exemptions.

## Fifth Defense

Plaintiff is not entitled to any potential remedies beyond what may be provided for in the FOIA.

## Sixth Defense

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff failed to submit a request or exhaust his administrative remedies.

Respectfully submitted,
December 27, 2021

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

   /s/ Johnathan D. Lott
JOHNATHAN D. LOTT
Fla. Bar. No. 0116423
Assistant United States Attorney
United States Attorney's Office
Email: johnathan.lott@usdoj.gov
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)-660-5931
*Attorney for Defendants*